SECURITY BANK OF MINNESOTA *vs.* S. N. BELL.

November 12, 1884.

**Promissory Note—Consideration.**

Action brought in the district court for Hennepin county upon a promissory note made by defendant to plaintiff. The answer admits the making and delivery of the note, but denies any consideration for it. Upon the trial, before *Lochren*, J., and a jury, it appeared that the defendant gave the note, at plaintiff's solicitation, as collateral security for a past-due note (for the same amount) of defendant's son, who had just failed in business, and that there was no other consideration for it. The court directed a verdict for defendant, and plaintiff appeals from an order refusing a new trial.

*W. E. Hale*, for appellant.

*Robinson & Bartleson*, for respondent.

*By the Court.* There was no conflict in the evidence as to the transaction upon which the note sued on was given, and there is no question that it showed an entire want of consideration.

Order affirmed.